IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SVETLANA GLOUKHOVA<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | NO. 22-2223 |
| CSL BEHRING LLC,<br>　　　　Defendant. | |

**O R D E R**

**AND NOW**, this 4th day of November, 2022, upon consideration of Defendant's Motions to Dismiss Count One of Plaintiff's Amended Complaint (ECF Nos. 16 & 20) and Plaintiff's response thereto (ECF No. 19), **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**