# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SVETLANA GLOUKHOVA,**  **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **CSL BEHRING LLC,**  **Defendants.** | **NO.  22-2223** |

## ORDER

**AND NOW**, this 15th day of September, 2023, upon consideration of Defendant's Motion for Partial Summary Judgment (ECF No. 28 & 32), and Plaintiff's response thereto (ECF Nos. 31), **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**